**LODGED**

JUN - 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

**FILED**

2005 JUN -2 P 3: 52

CLERK, US DISTRICT COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
       DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) MG-F-04-2177 |
| Plaintiff, | ) |
| v. | ) |
| ANTHONY LOGAN, | ) |
| Defendant. | ) |

**ORDER**

The complaint and warrant of arrest in this case were ordered sealed by order of this court, and it appearing that they no longer need to remain secret,

IT IS HEREBY ORDERED that the complaint and warrant of arrest be unsealed and made public record.

DATED: June 2, 2005        _____
                            United States District/Magistrate Judge