FILED

JUN 2 4 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR-F-05-00183 AWI |
| Plaintiff, | ) |
| v. | ) |
| ANTHONY LOGAN, | ) |
| Defendant. | ) |

**ORDER**

The tape of the detention hearing and related order in this case were ordered sealed by the court that conducted the detention hearing in the Central District of California. They are now needed in connection with a request by the defendant for a bail redetermination. Good cause appearing,

IT IS HEREBY ORDERED that the tape of the detention hearing and relating order for detention (in Central District Case 05-1115M) be unsealed and made public record.

DATED: 6-24-05

Lawrence J. O'Neill
United States Magistrate Judge