**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422

Attorney for Defendant,
**ANTHONY LOGAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY LOGAN,<br><br>　　　　Defendant. | CASE NO.: 05CR183<br><br>STIPULATION AND ORDER TO CONTINUE MOTIONS AND STATUS CONFERENCE DATE AND EXCLUDABLE PERIOD UNDER 18 U.S.C. SECTION 3161 FOR DEFENDANT ANTHONY LOGAN<br><br>Hearing Date: October 3, 2005<br>Time: 9:00 a.m.<br>Place: Courtroom 3, The Honorable Anthony W. Ishii, Judge of the United States District Court |

　　　Defendant ANTHONY LOGAN, by and through his counsel of record, ALEX R. KESSEL, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, DAVID GAPPA, Assistant United States Attorney for the Eastern District of California, hereby stipulate to the following:

　　　1.　　Defendant Anthony Logan is presently in federal custody at the Fresno County Jail. Defendant is charged with receiving and distributing by computer images depicting minors engaged in sexually explicit conduct, and conspiracy to do the same in violation of Title 18, U.S.C. Sections 2252(a)(2) and 371. A status conference in this matter is scheduled for October 3, 2005 at 9:00 a.m. before this Honorable Court.

　　　2.　　Counsel for defendant Logan is scheduled to start trial in on September 27, 2005, at 8:30 a.m., in People v. Robert Cohan, case number LA 046 415, in Department N of the Los Angeles

1

1  Superior Court, Northwest District in Van Nuys.

2      3.    The parties need further time to review the forensic analysis of defendant's computer
3  in order to preview and assess the nature and quantity of the numerous phot images and videos
4  removed therefrom.  The forensic analysis was recently completed.

5      4.    Defendant Logan does not object to a continuance of the instant motions and status
6  conference date.

7      5.    The parties request that this court find that period of time from October 3, 2005, to
8  November 21, 2005, should be excluded in computing the time within which trial must commence
9  pursuant to the requirements of the Speedy Trial Act, 18 U.S.C. Section 3161 (h)(7), (8)(A) since it
10 results from a continuance granted by the Court at the defendant's request without government
11 objection on the basis of the Court's finding that the ends of justice served by taking such action
12 outweigh the best interest of the public and defendant in a speedy trial.  Additionally, time is needed
13 to prepare and file pretrial motions within the meaning of Title18 U.S.C. Sections 3161(h) (1) (F)
14 and 3161 (h)(8) (A).

15     6.    Based on the foregoing, counsel for defendant and the Government stipulate the
16 currently scheduled motions and status conference date be continued from October 3, 2005, at 9:00
17 a.m., to November 21, 2005, at 9:00 a.m., before the Honorable Anthony W. Ishii.

18 **IT IS SO STIPULATED:**

19 DATED: September 26, 2005                Respectfully submitted,

20

21                                                  /s/
22                                  ALEX R. KESSEL
                                 Attorney for Defendant
23                                  ANTHONY LOGAN

**IT IS SO STIPULATED:**
24
25 DATED: September 29, 2005

26                                              /s
                                 DAVID GAPPA
                                 Assistant United States Attorney for
27                                  Plaintiff, UNITED STATES OF AMERICA

28

**O R D E R**

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT** the request for a continuance of the currently scheduled motions and status conference date is granted and a new motions and status conference date for defendant Anthony Logan is set for November 21, 2005, at 9:00 a.m.

**IT IS FURTHER ORDERED THAT** the period of time from October 3, 2005, to November 21, 2005, should be excluded in computing the time within which trial must commence pursuant to the requirements of the Speedy Trial Act, 18 U.S.C. (h)(7), (8)(A) since it results from a continuance granted by the Court at the defendant's request without government objection on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.  Additionally, time is needed to prepare and file pretrial motions within the meaning of Title 18 U.S.C. Sections 3161(h) (1) (F) and 3161 (h)(8) (A).

IT IS SO ORDERED.

**Dated:   September 30, 2005**              /s/ Anthony W. Ishii
0m8i78                                                   UNITED STATES DISTRICT JUDGE