**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422

Attorney for Defendant,
**ANTHONY LOGAN**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 05CR183 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE MOTIONS AND STATUS CONFERENCE DATE AND EXCLUDABLE PERIOD UNDER 18 U.S.C. SECTION 3161 FOR DEFENDANT ANTHONY LOGAN |
| v. | |
| ANTHONY LOGAN, | |
| Defendant. | ) Hearing Date: January 17, 2006 |
| | ) Time: 9:00 a.m. |
| | ) Place: Courtroom 3, The Honorable Anthony W. Ishii, Judge of the United States District Court |

Defendant ANTHONY LOGAN, by and through his counsel of record, ALEX R. KESSEL, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, DAVID GAPPA, Assistant United States Attorney for the Eastern District of California, hereby stipulate to the following:

1. Defendant Anthony Logan is presently in federal custody at the Fresno County Jail. Defendant is charged with receiving and distributing by computer images depicting minors engaged in sexually explicit conduct, and conspiracy to do the same in violation of Title 18, U.S.C. Sections 2252(a)(2) and 371. A status conference in this matter is scheduled for January 17, 2006 at 9:00 a.m. before this Honorable Court.

2. The parties need further time to work out a joint settlement of the instant charges in Fresno and an indictment currently pending against defendant Logan in Los Angeles.

3.	Defense counsel will be engaged in a civil trial on January 18, 2006, at 10:00 a.m., in the matter of <u>Steve Lewis vs. First Transit, et.al.</u>, case number BC 322 109, in Department 72 of the Los Angeles Superior Court.  This is a personal injury case wherein trial is estimated to last approximately one week.

4.	Additionally, defense counsel has been ordered not to become engaged and to begin trial on January 25, 2006, at 8:30 a.m., in the matter of <u>People v. Eugene Ward</u>, case number PA 047 853, in Department G of the Los Angeles Superior Court, North Valley District in San Fernando.  This is an in-custody vehicular manslaughter case wherein trial is estimated to last two and half to three weeks.

5.	Defendant Logan does not object to a continuance of the instant motions and status conference date.

6.	The parties request that this court find that period of time from January 17, 2006, to February 27, 2006, should be excluded in computing the time within which trial must commence pursuant to the requirements of the Speedy Trial Act, 18 U.S.C. Section 3161 (h)(7), (8)(A) since it results from a continuance granted by the Court at the defendant's request without government objection on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.  Additionally, time is needed to prepare and file pretrial motions within the meaning of Title18 U.S.C. Sections 3161(h) (1) (F) and 3161 (h)(8) (A).

7.	Based on the foregoing, counsel for defendant and the Government stipulate the currently scheduled motions and status conference date be continued from January 17, 2006, at 9:00 a.m., to February 17, 2006, at 9:00 a.m., before the Honorable Anthony W. Ishii.

**IT IS SO STIPULATED:**

DATED: January 12, 2006                           Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Alex R. Kessel
　　　　　　　　　　　　　　　　　　　　　　　　ALEX R. KESSEL
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　ANTHONY LOGAN

///

2

**IT IS SO STIPULATED:**

DATED: January 12, 2006

    /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney for
Plaintiff, UNITED STATES OF AMERICA

**O R D E R**

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT** the request for a continuance of the currently scheduled motions and status conference date is granted and a new motions and status conference date for defendant Anthony Logan is set for February 27, 2006, at 9:00 a.m.

**IT IS FURTHER ORDERED THAT** the period of time from January 17, 2006, to February 27, 2006, should be excluded in computing the time within which trial must commence pursuant to the requirements of the Speedy Trial Act, 18 U.S.C. (h)(7), (8)(A) since it results from a continuance granted by the Court at the defendant's request without government objection on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.  Additionally, time is needed to prepare and file pretrial motions within the meaning of Title18 U.S.C. Sections 3161(h) (1) (F) and 3161 (h)(8) (A).

IT IS SO ORDERED.

**Dated:   January 18, 2006**
0m8i78

    /s/ Anthony W. Ishii
UNITED STATES DISTRICT JUDGE