**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422

Attorney for Defendant,
**ANTHONY LOGAN**

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          Plaintiff,     v. ANTHONY LOGAN,          Defendant. | CASE NO: 05CR183 AWI STIPULATION AND ORDER TO CONTINUE MOTIONS AND STATUS CONFERENCE DATE AND EXCLUDABLE PERIOD UNDER 18 U.S.C. SECTION 3161 FOR DEFENDANT ANTHONY LOGAN Hearing Date: March 20, 2006 Time: 9:00 a.m. Place: Courtroom 3, The Honorable Anthony W. Ishii, Judge of the United States District Court |

Defendant ANTHONY LOGAN, by and through his counsel of record, ALEX R. KESSEL, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, DAVID GAPPA, Assistant United States Attorney for the Eastern District of California, hereby stipulate to the following:

1.  Defendant Anthony Logan is presently in federal custody at the Fresno County Jail. Defendant is charged with receiving and distributing by computer images depicting minors engaged in sexually explicit conduct, and conspiracy to do the same in violation of Title 18, U.S.C. Sections 2252(a)(2) and 371.  A status conference in this matter is scheduled for March 20, 2006 at 9:00 a.m. before this Honorable Court.

2.  The parties need further time to work out a joint settlement of the instant charges in Fresno and an indictment currently pending against defendant Logan in Los Angeles. The

1  government has prepared a written plea agreement and defense counsel is reviewing the plea with
2  defendant Logan.

3       3.   The parties request that this court find that period of time from March 20, 2006,
4  to April 17, 2006, should be excluded in computing the time within which trial must commence
5  pursuant to the requirements of the Speedy Trial Act, 18 U.S.C. Section 3161 (h)(7), (8)(A) since it
6  results from a continuance granted by the Court at the defendant's request without government
7  objection on the basis of the Court's finding that the ends of justice served by taking such action
8  outweigh the best interest of the public and defendant in a speedy trial.  Additionally, time is needed
9  to prepare and file pretrial motions within the meaning of Title18 U.S.C. Sections 3161(h) (1) (F)
10 and 3161 (h)(8) (A).

11      4.   Based on the foregoing, counsel for defendant and the Government stipulate the
12 currently scheduled motions and status conference date be continued from March 20, 2006, at 9:00
13 a.m., to April 17, 2006, at 9:00 a.m., before the Honorable Anthony W. Ishii.

14 **IT IS SO STIPULATED:**

15 DATED: March 14, 2006                            Respectfully submitted,

16

17                                        /s/ Alex R. Kessel
                                         ALEX R. KESSEL
18                                        Attorney for Defendant
                                         ANTHONY LOGAN
19

20 **IT IS SO STIPULATED:**

21 DATED: March 14, 2006

22                                        /s/ David Gappa
                                         DAVID GAPPA
23                                        Assistant United States Attorney for
                                         Plaintiff, UNITED STATES OF AMERICA
24

25 //

26 //

27

28

**O R D E R**

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT** the request for a continuance of the currently scheduled motions and status conference date is granted and a new motions and status conference date for defendant Anthony Logan is set for April 17, 2006, at 9:00 a.m.

**IT IS FURTHER ORDERED THAT** the period of time from March 20, 2006, to April 17, 2006, should be excluded in computing the time within which trial must commence pursuant to the requirements of the Speedy Trial Act, 18 U.S.C. (h)(7), (8)(A) since it results from a continuance granted by the Court at the defendant's request without government objection on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.  Additionally, time is needed to prepare and file pretrial motions within the meaning of Title18 U.S.C. Sections 3161(h) (1) (F) and 3161 (h)(8) (A).

IT IS SO ORDERED.

**Dated:     March 15, 2006**                              **/s/ Anthony W. Ishii**
0m8i78                                                                     UNITED STATES DISTRICT JUDGE