1  **ALEX R. KESSEL (State Bar No. 110715)**
2  16000 Ventura Blvd.
   Penthouse Suite 1208
3  Encino, California 91436-2746
   Telephone: (818) 995-1422

4

5  Attorney for Defendant,
   **ANTHONY LOGAN**
6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | ) | CASE NO.: 05CR183 |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE MOTIONS AND STATUS CONFERENCE DATE AND EXCLUDABLE PERIOD UNDER 18 U.S.C. SECTION 3161 FOR DEFENDANT ANTHONY LOGAN |
| v. | ) | |
| ANTHONY LOGAN, | ) | |
| Defendant. | ) | Hearing Date: August 14, 2006  Time: 9:00 a.m.  Place: Courtroom 3, The Honorable Anthony W. Ishii, Judge of the United States District Court |

    Defendant ANTHONY LOGAN, by and through his counsel of record, ALEX R. KESSEL, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, DAVID GAPPA, Assistant United States Attorney for the Eastern District of California, hereby stipulate to the following:

    1.    Defendant Anthony Logan is presently in federal custody at the Fresno County Jail. Defendant is charged with receiving and distributing by computer images depicting minors engaged in sexually explicit conduct, and conspiracy to do the same in violation of Title 18, U.S.C. Sections 2252(a)(2) and 371.  Sentencing in this matter is scheduled for August 14, 2006 at 9:00 a.m. before this Honorable Court.

    2..    Defense counsel will be  engaged  in the matter of United States vs. Bo Cheng Feng, case number 05-CR-40095-JAR, in the District of Kansas in Topeka, Kansas, before the Honorable

Julie A. Robinson.  This is a two defendant drug case wherein the defendants are presently in custody.

4.    The parties request that this court find that period of time from August 14, 2006, to September 11, 2006, should be excluded in computing the time within which trial must commence pursuant to the requirements of the Speedy Trial Act, 18 U.S.C. Section 3161 (h)(7), (8)(A) since it results from a continuance granted by the Court at the defendant's request without government objection on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.  Additionally, time is needed to prepare and file pretrial motions within the meaning of Title18 U.S.C. Sections 3161(h) (1) (F) and 3161 (h)(8) (A).

5.    Based on the foregoing, counsel for defendant and the Government stipulate the currently scheduled motions and status conference date be continued from August 14, 2006, at 9:00 a.m., to September 11, 2006, at 9:00 a.m., before the Honorable Anthony W. Ishii.

**IT IS SO STIPULATED:**

DATED: August 3, 2006                               Respectfully submitted,


   /s/ Alex R. Kessel
ALEX R. KESSEL
Attorney for Defendant
ANTHONY LOGAN


**IT IS SO STIPULATED:**

DATED: August 3, 2006

   /s/ David Gappa
DAVID GAPPA
Assistant United States Attorney for
Plaintiff, UNITED STATES OF AMERICA

# **O R D E R**

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT** the request for a continuance of the currently sentencing date is granted and a sentencing date for defendant Anthony Logan is set for September 11, 2006, at 9:00 a.m.

**IT IS FURTHER ORDERED THAT** the period of time from August 14, 2006, to September 11, 2006, should be excluded in computing the time within which trial must commence pursuant to the requirements of the Speedy Trial Act, 18 U.S.C. (h)(7), (8)(A) since it results from a continuance granted by the Court at the defendant's request without government objection on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.  Additionally, time is needed to prepare and file pretrial motions within the meaning of Title18 U.S.C. Sections 3161(h) (1) (F) and 3161 (h)(8) (A).
IT IS SO ORDERED.

**Dated:   August 11, 2006**                           **/s/ Anthony W. Ishii**
9h0d30                                              UNITED STATES DISTRICT JUDGE