1  ALEX R. KESSEL (State Bar No. 110715)
   16000 Ventura Blvd.
2  Penthouse Suite 1208
   Encino, California 91436-2746
3  Telephone: (818) 995-1422

4

5  Attorney for Defendant,
   ANTHONY LOGAN
6

**FILED**

SEP 1 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CASE NO.: 05CR183 |
|                                  ) | |
|            Plaintiff,            ) | STIPULATION AND [PROPOSED] |
|                                  ) | ORDER TO CONTINUE SENTENCING |
|     v.                           ) | FOR DEFENDANT ANTHONY LOGAN |
|                                  ) | |
| ANTHONY LOGAN,                   ) | Hearing Date: September 11, 2006 |
|                                  ) | Time: 9:00 a.m. |
|            Defendant.            ) | Place: Courtroom 3, The Honorable |
|                                  ) | Anthony W. Ishii, Judge of the United |
|                                  ) | States District Court |

Defendant ANTHONY LOGAN, by and through his counsel of record, ALEX R. KESSEL, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, DAVID GAPPA, Assistant United States Attorney for the Eastern District of California, hereby stipulate to the following:

1.     Defendant Anthony Logan is presently in federal custody at the Fresno County Jail. Defendant is charged with receiving and distributing by computer images depicting minors engaged in sexually explicit conduct, and conspiracy to do the same in violation of Title 18, U.S.C. Sections 2252(a)(2) and 371. Sentencing in this matter is scheduled for September 11, 2006 at 9:00 a.m. before this Honorable Court.

2..    Counsel will begin trial on September 11, 2006 in the matter of People vs. Jayson Choi, case number BA283941, in Department 114 of the Los Angeles Court. This is a home

1

1 invasion case where the defendant is presently out of custody. Trial is expected to last 2 to 3 weeks.

2     5. Based on the foregoing, counsel for defendant and the Government stipulate the currently scheduled sentencing date be continued from September 11, 2006 at 9:00 a.m., to October 2, 2006, at 9:00 a.m., before the Honorable Anthony W. Ishii.

**IT IS SO STIPULATED:**

DATED: September 8, 2006            Respectfully submitted,

                                                      /s/ Alex R. Kessel
                                                      ALEX R. KESSEL
                                                      Attorney for Defendant
                                                                   ANTHONY LOGAN

**IT IS SO STIPULATED:**

DATED: September 8, 2006

                                                      /s/ David Gappa
                                                      DAVID GAPPA
                                                      Assistant United States Attorney for
                                                      Plaintiff, UNITED STATES OF AMERICA

## O R D E R

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT** the request for a continuance of the currently sentencing date is granted and a sentencing date for defendant Anthony Logan is set for October 2, 2006 at 9:00 a.m.

DATED: _Sept 8_, 2006                              /s/ Anthony W. Ishii
                                                    Honorable Anthony W. Ishii,
                                                    UNITED STATES DISTRICT JUDGE